UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-15-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KONO MICHELLE HYMAN | |

On motion of the Defendant, Kono Michelle Hyman, and for good cause shown, it is hereby ORDERED that the [DE-86] be sealed until further notice by this Court.

SO ORDERED.

This **6** day of **January**, 2017.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE